# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1190

_____

Rayon Burns Simmons,                    *
                                        *
                  Appellant,            *    Appeal from the United States
                                        *    District Court for the Eastern
        v.                              *    District of Missouri.
                                        *
United States of America,               *         [UNPUBLISHED]
                                        *
                  Appellee.             *

_____

Submitted:   May 5, 2005
    Filed:   May 9, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

        Rayon Burns Simmons appeals the district court's[*] denial of Simmons's motion to expunge his criminal record. Simmons has provided no basis for the relief he seeks. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

        [*]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.